

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ROBERT GOMEZ, | | No. 08-15-00019-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No. 1 |
| | § | |
| DLJ MORTGAGE CAPITAL, INC., | | of Tarrant County, Texas |
| | § | |
| Appellee. | | (TC # 2014-001297-1) |
| | § | |

## J U D G M E N T

The Court has considered this cause on Joint motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF MAY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.